1  DANIEL G. BOGDEN
   United States Attorney
2  SUE FAHAMI
   Assistant United States Attorney
3  BRIAN L. SULLIVAN
   Assistant United States Attorney
4  100 W. Liberty Street, Suite 600
   Reno, Nevada 89501
5  Tel: (775) 784-5438
   Fax: (775) 784-5181
6  MARA M. KOHN
   Trial Attorney
7  Counterterrorism Section
   United States Department of Justice
8  Washington, D.C.

9  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | 3:13-CR-117-LRH-VPC |
| Plaintiff, | |
| v. | |
| BALWINDER SINGH, | NOTICE OF INTENT TO USE FOREIGN INTELLIGENCE SURVEILLANCE ACT INFORMATION |
| aka Jhajj, | |
| aka Happy, | |
| aka Possi, | |
| aka Baljit Singh, | |
| Defendant. | |

COMES NOW THE UNITED STATES OF AMERICA, by and through DANIEL G. BOGDEN, United States Attorney, SUE FAHAMI, Assistant United States Attorney, BRIAN L. SULLIVAN, Assistant United States Attorney, and MARA KOHN, Trial Attorney, Counterterrorism Section, United States Department of Justice, and hereby provides notice to the defendant and to the Court, that pursuant to Title 50, United States Code, Sections 1806(c) and 1825(d), the United States intends to offer into evidence, or otherwise use or disclose in any proceedings in the above-captioned matter, information obtained or derived from electronic surveillance and physical search conducted

pursuant to the Foreign Intelligence Surveillance Act of 1978 (FISA), as amended, 50 U.S.C. §§ 1801-1812 and 1821-1829.

          Respectfully submitted,

          DANIEL G. BOGDEN
          United States Attorney

          SUE FAHAMI
          Assistant United States Attorney

          BRIAN L. SULLIVAN
          Assistant United States Attorney

For MARA M. KOHN
Trial Attorney
Counterterrorism Section
United States Department of Justice
Washington, D.C.

CERTIFICATE OF SERVICE

It is hereby certified that pursuant to LCR 47-11 service of the foregoing NOTICE OF INTENT TO USE FOREIGN INTELLIGENCE SURVEILLANCE ACT INFORMATION was made through the Court's electronic filing and notice system (CM/ECF) or, as appropriate, by sending a copy of the same by electronic mail, addressed to the following addresses:

MICHAEL KENNEDY
Assistant Federal Public Defender
201 West Liberty Street, Suite 102
Reno, Nevada 89501
Micahel_Kennedy@fd.org

DATED this 20th day of December, 2013.

Liz Pantner

1