UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>        v.<br><br>BALWINDER SINGH,<br><br>                              Defendant. | Case No.  3:13-cr-00117-LRH-VPC<br><br>ORDER |

Court Reporter Donna Davidson is requested to prepare and file transcripts of the following:

The parties' Telephonic Conference Re: Stipulation to Continue Pretrial Motions Dates in Complex Case Schedule Order (ECF No.34); No Change in Trial Date [ECF No. 38] held on April 4, 2016.

IT IS HEREBY ORDERED that fees for the transcripts designated shall be paid by the United States as provided under 28 U.S.C. § 753(f).

DATED this 5th day of April, 2016.


_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE