UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　Plaintiff,<br>　　v.<br>BALWINDER SINGH,<br>　　aka Jhajj,<br>　　aka Happy,<br>　　aka Possi,<br>　　aka Baljit Singh,<br>　　　　　　Defendant. | 3:13-CR-117-LRH-VPC<br><br>MOTION TO ADMIT GOVERNMENT ATTORNEY<br><br>**AND ORDER THEREON** |

　　COMES NOW THE UNITED STATES OF AMERICA, by and through DANIEL G. BOGDEN, United States Attorney, and SUE FAHAMI, Assistant United States Attorney, and pursuant to Rule LR IA 11-3 of the Local Rules of Practice for the United States District Court for the District of Nevada, hereby moves the Court for an order permitting Mara M. Kohn to practice before this Court for the purpose of representing the United States of America and its agencies and employees during the period of her employment by the United States of America.

　　Mara M. Kohn is a member in good standing of the State Bar of South Dakota, Bar Number 2281. She is employed as a Trial Attorney with the United States Department of Justice, National

/ / /

/ / /

/ / /

1

Security Division, Counterterrorism Section, 950 Pennsylvania Ave., N.W., Washington, D.C. 20530

Her telephone number is (202) 532-4592 and her e-mail address is mara.kohn2@usdoj.gov.

Dated this 14th day of June, 2016.

                          Respectfully submitted,

                          DANIEL G. BOGDEN
                          United States Attorney

                          */s/ Sue Fahami*
                          SUE FAHAMI
                          Assistant United States Attorney

IT IS SO ORDERED.

DATED this 16th day of June, 2016.      LARRY R. HICKS
                                            United States District Judge