ENTERED                        SERVED ON
COUNSEL/PARTIES OF RECORD

NOV 29 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:13-cr-117-LRH-VPC |
| Plaintiff, | WAIVER AND CONSENT ORDER |
| vs. | |
| BALWINDER SINGH<br>Aka Jhajj,<br>Aka Happy,<br>Aka Possi,<br>Aka Baljit Singh, | |
| Defendant. | |

Defendant, Balwinder Singh, having requested permission to enter a plea of guilty, hereby gives written consent to review of the Presentence Report by the Judge prior to acceptance of plea or plea agreement pursuant to Rule 32(e)(1) of the Federal Rules of Criminal Procedure.

_BARLWINDER SINGH_
Defendant

_____                    _____
Counsel for Defendant                         Assistant U.S. Attorney

DATED this **25** day of November, 2016.

APPROVED:

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE